# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE FARM GENERAL INSURANCE COMPANY and STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,<br><br>Plaintiffs,<br><br>vs.<br><br>FORD MOTOR COMPANY, A Delaware Corporation, and DOES 1-40, inclusive,<br><br>Defendants. | Case No.: CV 17-4451-DMG (RAOx)<br><br>**ORDER OF DISMISSAL [27]** |

Pursuant to Federal Rule of Civil Procedure 41(a) and the parties' Stipulation of Dismissal, and with good cause appearing,

IT IS HEREBY ORDERED that the above-captioned action and complaint of Plaintiffs STATE FARM GENERAL INSURANCE COMPANY and STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY is dismissed with prejudice as to all claims, causes of action, and parties, including FORD MOTOR COMPANY, with each party bearing its own costs and attorney's fees.

IT IS SO ORDERED.

DATED: June 19, 2018

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE